**Entered on Docket**
**January 19, 2011**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP
EDDIE R. JIMENEZ (NV Bar #10376)
ACE VAN PATTEN (NV Bar #11731)
ALEXIS M. BORNHOFT (NV Bar #11523)
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for   Secured Creditor WELLS FARGO BANK, N.A. ALSO KNOWN AS
WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A,
AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB,
FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>LINNE H. BURNETT,<br><br>          Debtor(s). | Bankruptcy Case No. BK-S-10-30337-lbr<br>Chapter 7<br><br>WELLS FARGO BANK, N.A. ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A, AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB'S ORDER TERMINATING AUTOMATIC STAY<br>Date:    December 22, 2010<br>Time:   10:30 a.m. |

1    A hearing on Secured Creditor Wells Fargo Bank, N.A. also known as Wachovia

2    Mortgage, a division of Wells Fargo Bank, N.A, and formerly known as Wachovia Mortgage

3    FSB, formerly known as World Savings Bank, FSB's Motion for Relief From the Automatic

4    Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable

5    Linda B. Riegle, Matthew M. McArthur appearing on behalf of Secured Creditor.

6    The court having duly considered the papers and pleadings on file herein and

7    being fully advised thereon and finding cause therefor:

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9    The automatic stay of 11 United States Code section 362 is hereby immediately

10    terminated as it applies to the enforcement by Movant of all of its rights in the real property

11    under the Note and Deed of Trust encumbering the real property commonly known as 7509

12    Coral River Drive, Las Vegas, Nevada 89131 ("Real Property"), which is legally described as:

13
14    LOT THREE HUNDRED SIXTY-FIVE (365) IN
     BLOCK FOURTEEN (14) OF LYNBROOK -
     UNIT 5C, AS SHOWN BY MAP THEREOF ON
15    FILE IN BOOK 100 OF PLATS, PAGE 8, IN THE
     OFFICE OF THE COUNTY RECORDER OF
16    CLARK COUNTY, NEVADA.

17    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or

18    its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale

19    of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days

20    prior to the foreclosure sale. In the event that Movant and/or its foreclosure trustee provides at

21    least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the

22    Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada

23    Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to

24    provide 7 days' notice to the Debtor(s).

25    /././

26    /././

27    /././

28    /././

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

APPROVED/DISAPPROVED            APPROVED/DISAPPROVED

_____            _____
MATTHEW E AARON                    YVETTE WEINSTEIN
DEBTOR(S) ATTORNEY                 TRUSTEE

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐　　The court has waived the requirement set forth in LR 9021(b)(1).

☐　　No party appeared at the hearing or filed an objection to the motion.

☒　　I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐　　I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

☐　　Approved.

☐　　Disapproved.

☒　　Failed to respond. - Debtor's Attorney/Trustee

###

Submitted by:

/s/ MATTHEW M. MCARTHUR
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11731
Attorney for WELLS FARGO
BANK, N.A. ALSO KNOWN
AS WACHOVIA
MORTGAGE, A DIVISION OF
WELLS FARGO BANK, N.A,
AND FORMERLY KNOWN
AS WACHOVIA MORTGAGE
FSB, FORMERLY KNOWN
AS WORLD SAVINGS BANK,
FSB